**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION - MINNEAPOLIS**

Court File No. 01-CV-1320 DDA/FLN

Multi-Tech Systems, Inc.
a Minnesota corporation,

Plaintiff,

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND ORDER**

v.

Floreat, Inc., a California
corporation,

Defendant.

**WHEREAS**, due to the extensive ongoing negotiations regarding the language of the parties' settlement agreement, both parties in the above-captioned matter are still in the process of conducting discovery and determining potential expert and lay witnesses for trial, and;

**WHEREAS**, as a result of the above, both parties anticipate that they will be unable to complete all discovery that may be necessary in this matter by the July 1, 2002 deadline contained in the original Pretrial Schedule issued by this Court on November 8, 2002, and;

**WHEREAS**, for the additional reasons articulated in the Affidavit of Geraint D. Powell, which was submitted in support of the Joint Motion for Extension of Pretrial Schedule, it is hereby stipulated and agreed by and between the undersigned counsel on behalf of the parties herein named, subject to the approval of the Court, that the Court may modify the Pretrial Schedule to provide that;

1. The disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

FILED JUL 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

a. By Plaintiff(s) on or before August 1, 2002.

b. By Defendant(s) on or before September 1, 2002.

2. All dispositive motions shall be filed and scheduled for hearing prior to January 1, 2003 and must comport with Local Rule 7.1.

3. All discovery shall be commenced in time to be completed by November 1, 2002.

4. This case shall be ready for trial on and after February 1, 2003, at which time it will be placed on the court's jury trial calendar and is estimated to last 5-7 trial days.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: 6/28/02

Phillip A. Cole, I.D. No. 17802
Barry O'Neil, I.D. No. 220875
Geraint D. Powell, I.D. No. 250594
Attorney for Plaintiff Multi-Tech Systems, Inc.
1800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

WINTHROP & WEINSTINE, P.A.

Dated: 6/28/02

Brooks F. Poley, I.D. No. 185139
David A. Davenport, I.D. No. 285109
Attorneys for Defendant Floreat, Inc.
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402-4430
(612) 347-0700

**ORDER**

Pursuant to the Stipulation above,

**IT IS HEREBY ORDERED**:

1. The disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiff(s) on or before August 1, 2002.

   b. By Defendant(s) on or before September 1, 2002.

2. All dispositive motions shall be filed and scheduled for hearing prior to January 1, 2003 and must comport with Local Rule 7.1.

3. All discovery shall be commenced in time to be completed by November 1, 2002.

4. This case shall be ready for trial on and after February 1, 2003, at which time it will be placed on the Court's jury trial calendar and is estimated to last 5-7 trial days.

Franklin L. Noel
United States Magistrate Judge

Doc. #: 144224