**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION - MINNEAPOLIS**

---

Multi-Tech Systems, Inc.,
a Minnesota corporation,

Plaintiff,

vs.

Floreat, Inc., a California corporation,

Defendant.

Court File No. 01-CV-1320
DDA/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

---

The above-entitled matter, including Plaintiff's Complaint and Defendant's Counterclaim, having been fully compromised and settled:

**NOW, THEREFORE,** it is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that Plaintiff's cause of action set forth in the Complaint and Defendant's cause of action set forth in the Counterclaim may be and hereby are dismissed with prejudice and on the merits, and without costs to either of the parties.

**IT IS FURTHER STIPULATED** and agreed that the parties to this Stipulation, without further notice to the other, may cause judgment of dismissal with prejudice and on the merits to be entered herein without costs, disbursements and attorneys' fees to either party.

Dated: Aug 6, 2002.

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

By ______________________

**Phillip A. Cole, ID# 17802**
**Roger V. Stageberg, ID# 104292**
**Barry A. O'Neil, ID #220875**
**80 South Eighth Street, #1800**
**Minneapolis MN 55402-2123**
**612/339-8131**
**ATTORNEYS FOR PLAINTIFF**

AUG 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 09 2002
DEPUTY CLERK

Dated: 8·5, 2002

**WINTHROP & WEINSTINE, P.A.**

By ______________________

**Brooks F. Poley, ID #185139**
**David A. Davenport, ID #285109**
**Jennifer K. Bower, ID #030220X**
**3000 Dain Rauscher Plaza**
**60 South Sixth Street**
**Minneapolis MN 55402**
**612/347-0700**
**ATTORNEYS FOR DEFENDANT**

## ORDER

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED,** that the cause of action of Plaintiff set forth in the Complaint and the cause of action of Defendant set forth in the Counterclaim in the above-entitled matter be and the same are hereby dismissed with prejudice and on the merits, and without costs, disbursements and attorneys' fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 8/9/, 2002.

**BY THE COURT**

______________________
**Judge of District Court**

## JUDGMENT

Pursuant to Rule 58, Civil Rules of Procedure,

I hereby certify that the above Order constitutes the judgment of this Court.

______________________
**Court Administrator**

Dated: ____________, 2002 **By** ______________________

Doc. #: 145658